Commonwealth *v.* Parcells, Appellant.

Argued November 21, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

 reargument refused July 30, 1973.

*Stephen P. Gallagher,* with him *Gallagher & Kelley,* for appellant.

*Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, July 2, 1973:
Judgment of sentence affirmed.